JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAVID G. KATES,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN RICOLCOL,<br><br>        Respondent. | No. 2:25-cv-03709-PA-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice.

DATED: December 2, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE